FORM 26. Docketing Statement                                                       Form 26 (p. 1)
                                                                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1612

**Short Case Caption:** Cloudflare, Inc. v. Sable Networks, Inc.

**Filing Party/Entity:** Cloudflare, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2021-00909 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Reverse PTAB's judgment as to claims 17, 18, 37, and 38 of U.S. Patent No. 8,243,593.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The PTAB invalidated claims 3, 9-13, 19-24, 29-33, and 39-44 of U.S. Patent No. 8,243,593.

**Briefly describe the judgment/order appealed from:**

Paper 42 (Judgment dated October 18, 2022); Paper 46 (Decision dated January 9, 2023).

**Nature of judgment (select one):**            **Date of judgment:** 10/18/22

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the PTAB should have invalidated claims 17, 18, 37, and 38 of U.S. Patent No. 8,243,593.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes  ☑ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☐ Yes  ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

Explain.

This appeal is related to patents involved in ongoing district-court litigation, and the parties do not agree on the value of those claims.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 3/28/23            Signature:  /s/ Anthony M. Garza
                         Name:       Anthony M. Garza