FORM 26. Docketing Statement                                       Form 26 (p. 1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1612

**Short Case Caption:** Cloudflare, Inc. v. Sable Networks, Inc.

**Filing Party/Entity:** Sable Networks, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
| --- | --- | --- |
| USPTO PTAB | IPR2021-00909 | Patent Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Sable Networks, Inc. seeks affirmance of the Final Written Decision issued by the Patent Trial and Appeal Board

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Claims 17, 18, 37, 38 of U.S. Patent No. 8,243,593 were not shown to be unpatentable.

**Briefly describe the judgment/order appealed from:**

PTAB Final Written Decision entered October 18, 2022 (Paper 42) finding that claims 17, 18, 37, and 38 of U.S. Patent No. 8,243,593 were not shown to be unpatentable, as well as all underlying decisions and orders.

**Nature of judgment (select one):**          **Date of judgment:** 10/18/22

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                      _____

FORM 26. Docketing Statement                                    Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the Patent Trial and Appeal Board correctly found that claims 17, 18, 37, and 38 of U.S. Patent No. 8,243,593 were not shown to be unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☐ Yes     ☑ No

If "yes," when were the last such discussions?
  ☐ Before the case was filed below
  ☐ During the pendency of the case below
  ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?     ☐ Yes     ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☑ Yes   ☐ No
Explain.

Sable Networks, Inc. is amenable to mediating this case.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 4/3/23           Signature: *[signature]*
                       Name: Daniel P. Hipskind

Save for Filing