FORM 8A. Entry of Appearance                                                              Form 8A (p.1)
                                                                                                                         July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE

**Case Number:** 2023-1612

**Short Case Caption:** Cloudflare, Inc. v. Sable Networks, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Sable Networks, Inc.

| **Principal Counsel:** Daniel P. Hipskind | Admission Date: 7/12/11 |
|---|---|

Firm/Agency/Org.: Berger & Hipskind LLP

Address: 9538 Brighton Way, Suite 320, Beverly Hills, CA 90210

| Phone: (323) 886-3430 | Email: dph@bergerhipskind.com |
|---|---|
| **Other Counsel:** Kenneth Weatherwax | Admission Date: 7/22/09 |

Firm/Agency/Org.: Lowenstein & Weatherwax LLP

Address: 1016 Pico Blvd, Santa Monica, CA 90405

| Phone: (310) 307-4500 | Email: weatherwax@lowensteinweatherwax.com |
|---|---|

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/3/23                                                   Signature: *[signature]*

                                                                           Name:  Daniel P. Hipskind

FORM 8A. Entry of Appearance                                        Form 8A (p.2)
                                                                     July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** | Admission Date: |
|---|---|
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |