NO. 2023-1612

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

CLOUDFLARE, INC.,

          Petitioner—Appellant,

v.

SABLE NETWORKS, INC.

          Patent Owner—Appellee.

_____

Appeal from the United States Patent & Trademark Office,
Patent Trial and Appeal Board in No. IPR2021-00909

_____

## CLOUDFLARE'S UNOPPOSED MOTION FOR A
## 23-DAY EXTENSION OF TIME

_____

          ANTHONY M. GARZA
          STEVEN CALLAHAN
          **CHARHON CALLAHAN**
          **ROBSON & GARZA, PLLC**
          3333 Lee Parkway, Suite 460
          Dallas, Texas 75219
          (214) 521-6400

Date: August 11, 2023          *Counsel for Cloudflare, Inc.*

_____

Cloudflare respectfully moves for a 23-day extension of time in which to file its reply brief, which is currently due on August 30, 2023. Cloudflare has not previously moved to extend the time for filing this brief. With the requested extension, Cloudflare's reply brief will be due by Friday, September 22, 2023.

Cloudflare has good cause for the requested extension. Counsel for Cloudflare is on vacation until the end of August and will not be able to work on the brief until next month. The requested extension is necessary to accommodate counsel's schedule and to provide adequate time to prepare Cloudflare's reply brief. A declaration is attached pursuant to Rule 26(b)(3).

Counsel for Sable indicated that it does not oppose the motion.

Dated: August 11, 2023

Respectfully submitted,

/s/Anthony M. Garza
ANTHONY M. GARZA
STEVEN CALLAHAN
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Cloudflare, Inc.*

# Declaration of Anthony M. Garza

I, Anthony M. Garza, declare as follows:

1. I am over the age of twenty-one and have never been convicted of any felony. I have personal knowledge of the following facts and statements and, if called as a witness, I could and would testify competently thereto.

2. I am an attorney with the law firm of Charhon Callahan Robson & Garza, PLLC. I am counsel of record for Appellant Cloudflare, Inc. ("Cloudflare"), and a member of the bar of this Court.

3. I am currently on vacation. I will return home around August 29, 2023. For most days between now and August 29, I will be travelling in remote areas of Alaska where I do not expect to have reliable cell-phone reception or internet access, and I do not expect to be able to complete the reply brief during this time.

4. Counsel for Sable indicated that it will not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2023, in Fort Worth, Texas.

/s/Anthony M. Garza
Anthony M. Garza

FORM 9. Certificate of Interest                                            Form 9 (p. 1)
                                                                            March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1612

**Short Case Caption** Cloudflare, Inc. v. Sable Networks, Inc.

**Filing Party/Entity** Cloudflare, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 08/11/2023                    Signature: /s/ Anthony M. Garza

                                     Name: Anthony M. Garza

FORM 9. Certificate of Interest                                    Form 9 (p. 2)
                                                                   March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Cloudflare, Inc. | | Morgan Stanley |
| | | Baillie Gifford & Co. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest                                        Form 9 (p. 3)
                                                                       March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable        ☐ Additional pages attached

| Farella Brown + Martel LLP | James L. Day | Daniel Callaway |
|---|---|---|
| Winston Liaw | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable        ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 19. Certificate of Compliance with Type-Volume Limitations    Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-1612

**Short Case Caption:** Cloudflare, Inc. v. Sable Networks, Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑  the filing has been prepared using a proportionally-spaced typeface and includes __122__ words.

☐  the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐  the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 08/11/2023    Signature: /s/ Anthony M. Garza

Name: Anthony M. Garza